**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT WILLIE JOHNSON,** | : | |
| **Plaintiff** | : | **No. 1:26-cv-01737** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **FMC DEVENS, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 30th day of June 2026, after considering the complaint filed by pro

se Petitioner Robert Willie Johnson (Doc. No. 1), and in accordance with the accompanying

Memorandum, **IT IS ORDERED THAT**:

1.    This action is **TRANSFERRED** to the United States District Court for the
      District of Massachusetts; and

2.    The Clerk of Court is directed to **CLOSE** this case.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania